Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL TODD, et al.,

    Plaintiffs,

vs.

THE CITY OF ABERDEEN, et al.,

    Defendants.

No.   C09-1232JCC

**ANSWER OF DEFENDANT CITY OF SEATTLE TO FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant City of Seattle ("Seattle") answers the First Amended Class Action for Conversion, Unjust Enrichment, Malicious Prosecution/Abuse of Process, Violation of Consumer Protection Act and Other Statutory Violations, Restitution, and Injunctive and Declaratory Relief ("Complaint"), filed in King County Superior Court on July 29, 2009, and removed to this Court on August 31, 2009.  Unless specifically admitted, Seattle denies all allegations in the Complaint.

**<u>ANSWER</u>**

1.1   The allegations contained in paragraph 1.1 are not factual averments to which a response is required, but rather characterizations of plaintiffs' lawsuit.  Seattle will address specific

ANSWER OF DEFENDANT CITY OF SEATTLE TO FIRST AMENDED
CLASS ACTION COMPLAINT (C09-1232JCC) - 1

**Thomas A. Carr**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

allegations where they are made. To the extent a response is required, Seattle denies all allegations in paragraph 1.1.

1.2   The allegations contained in paragraph 1.2 are not factual averments to which a response is required, but rather characterizations of plaintiffs' lawsuit. Seattle will address specific allegations where they are made. To the extent a response is required, Seattle denies all allegations in paragraph 1.2.

1.3   The allegations contained in paragraph 1.3 are not factual averments to which a response is required, but rather characterizations of plaintiffs' lawsuit. Seattle will address specific allegations where they are made. To the extent a response is required, Seattle denies all allegations in paragraph 1.3.

1.4   The allegations contained in paragraph 1.4 are not factual averments to which a response is required, but rather characterizations of plaintiffs' lawsuit. Seattle will address specific allegations where they are made. To the extent a response is required, Seattle denies all allegations in paragraph 1.4.

1.5   The allegations contained in paragraph 1.5 are not factual averments to which a response is required, but rather characterizations of plaintiffs' lawsuit. Seattle will address specific allegations where they are made. To the extent a response is required, Seattle denies all allegations in paragraph 1.5.

2.1   Seattle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.1, and therefore denies them.

2.2   Seattle admits that it has issued citations for traffic infractions detected through the use of automated traffic safety cameras to individuals named Mark Contratto and Aneva

ANSWER OF DEFENDANT CITY OF SEATTLE TO FIRST AMENDED
CLASS ACTION COMPLAINT (C09-1232JCC) - 2

**Thomas A. Carr**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

Freeman. Seattle lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 2.2, and therefore denies them.

2.3   Seattle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.3, and therefore denies them.

2.4   Seattle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.4, and therefore denies them.

2.5   Seattle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.5, and therefore denies them.

3.1   Seattle admits that it issues citations for traffic infractions detected through the use of automated traffic safety cameras. Seattle lacks knowledge or information concerning the practices of other jurisdictions with respect to the use of automated traffic safety cameras. The remaining allegations in paragraph 3.1 are not factual averments to which a response is required, but instead consist of legal conclusions and arguments. To the extent a response is required, Seattle alleges that RCW 46.63.170 and its legislative history speak for themselves, and denies any characterization thereof by plaintiffs.

3.2   The allegations in paragraph 3.2 are not factual averments to which a response is required, but instead consist of legal conclusions and arguments. To the extent a response is required, Seattle alleges that State law speaks for itself, and denies any characterization thereof by plaintiffs.

3.3   The allegations in paragraph 3.3 are not factual averments to which a response is required, but instead consist of legal conclusions and arguments. To the extent a response is required, Seattle alleges that State law speaks for itself, and denies any characterization thereof by plaintiffs.

ANSWER OF DEFENDANT CITY OF SEATTLE TO FIRST AMENDED
CLASS ACTION COMPLAINT (C09-1232JCC) - 3

**Thomas A. Carr**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

3.4     The allegations in paragraph 3.4 are not factual averments to which a response is required, but instead consist of legal conclusions and arguments.  To the extent a response is required, Seattle alleges that State law speaks for itself, and denies any characterization thereof by plaintiffs.

3.5     Seattle admits that it entered into a contract for a traffic safety camera system with American Traffic Solutions ("ATS").  Seattle lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 3.5, and therefore denies them.

3.6     Seattle lacks knowledge or information concerning the practices of other jurisdictions with respect to the use of automated traffic safety cameras, and therefore denies all such allegations in paragraph 3.6.  To the extent the allegations in paragraph 3.6 allege conduct on the part of Seattle, Seattle denies them.

3.7     Seattle lacks knowledge or information concerning the practices of other jurisdictions with respect to the use of automated traffic safety cameras, and therefore denies all such allegations in paragraph 3.7.  To the extent the allegations in paragraph 3.7 allege conduct on the part of Seattle, Seattle denies them.  The portions of paragraph 3.7 that purport to summarize State law are not factual averments to which a response is required, but instead consist of legal conclusions and arguments.  To the extent a response to such portions of paragraph 3.7 is required, Seattle alleges that State law speaks for itself, and denies any characterization thereof by plaintiffs.

3.8     Seattle lacks knowledge or information concerning the practices of other jurisdictions with respect to the use of automated traffic safety cameras, and therefore denies all such allegations in paragraph 3.8.

ANSWER OF DEFENDANT CITY OF SEATTLE TO FIRST AMENDED CLASS ACTION COMPLAINT (C09-1232JCC) - 4

**Thomas A. Carr**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

3.9    Seattle lacks knowledge or information concerning the practices of other jurisdictions with respect to the use of automated traffic safety cameras, and therefore denies all such allegations in paragraph 3.9.

3.10    The allegations in paragraph 3.10 are not factual averments to which a response is required, but instead consist of legal conclusions and arguments. To the extent a response is required, Seattle alleges that State law speaks for itself, and denies any characterization thereof by plaintiffs.

3.11    The allegations in paragraph 3.11 are not factual averments to which a response is required, but instead consist of legal conclusions and arguments. To the extent a response is required, Seattle alleges that State law speaks for itself, and denies any characterization thereof by plaintiffs.

3.12    The allegations in paragraph 3.12 are not factual averments to which a response is required. To the extent a response is required, Seattle alleges that RCW 46.63.170(2) speaks for itself.

3.13    To the extent the allegations in paragraph 3.13 allege conduct on the part of Seattle, Seattle denies them. Seattle lacks knowledge or information concerning the practices of other jurisdictions with respect to the use of automated traffic safety cameras, and therefore denies all such allegations in paragraph 3.13.

3.14    To the extent the allegations in paragraph 3.14 allege conduct on the part of Seattle, Seattle alleges that the provisions of the Seattle Municipal Code and of the laws of the State of Washington concerning penalties for traffic infractions detected through the use of automated traffic safety cameras speak for themselves. Seattle lacks knowledge or information

ANSWER OF DEFENDANT CITY OF SEATTLE TO FIRST AMENDED
CLASS ACTION COMPLAINT (C09-1232JCC) - 5

**Thomas A. Carr**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1 concerning the practices of other jurisdictions with respect to the use of automated traffic safety

2 cameras, and therefore denies all such allegations in paragraph 3.14.

3     3.15    The allegations in paragraph 3.15 concerning State law, including IRLJ 2.1 and

4 RCW 46.63.060(2), are not factual averments to which a response is required, but instead consist

5 of legal conclusions and arguments. To the extent a response is required, Seattle alleges that

6 State law speaks for itself, and denies any characterization thereof by plaintiffs. Seattle lacks

7 knowledge or information concerning the practices of other jurisdictions with respect to the use

8 of automated traffic safety cameras, and therefore denies all such allegations in paragraph 3.15.

9 To the extent the allegations in paragraph 3.15 allege conduct on the part of Seattle, Seattle

10 denies them.

11     3.16    Seattle alleges that its contract with ATS speaks for itself. Seattle lacks

12 knowledge or information concerning the terms of contracts between other jurisdictions and the

13 defendant camera companies, and therefore denies all such allegations in paragraph 3.16.

14     3.17    Seattle lacks knowledge or information concerning the terms of contracts between

15 other jurisdictions and the defendant camera companies, and therefore denies all such allegations

16 in paragraph 3.17.

17     3.18    Seattle alleges that its contract with ATS speaks for itself, and denies this

18 allegation as to Seattle. Seattle lacks knowledge or information concerning the practices of other

19 jurisdictions with respect to the use of automated traffic safety cameras, and lacks knowledge or

20 information concerning the terms of contracts between other jurisdictions and the defendant

21 camera companies, and therefore denies all such allegations in paragraph 3.18.

22     3.19    Seattle alleges that its contract with ATS speaks for itself, and denies this

23 allegation as to Seattle. Seattle lacks knowledge or information concerning the practices of other

ANSWER OF DEFENDANT CITY OF SEATTLE TO FIRST AMENDED
CLASS ACTION COMPLAINT (C09-1232JCC) - 6

**Thomas A. Carr**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

jurisdictions with respect to the use of automated traffic safety cameras, and lacks knowledge or information concerning the terms of contracts between other jurisdictions and the defendant camera companies, and therefore denies all such allegations in paragraph 3.19.

3.20   Seattle alleges that its contract with ATS speaks for itself, and denies this allegation as to Seattle.  Seattle lacks knowledge or information concerning the practices of other jurisdictions with respect to the use of automated traffic safety cameras, and lacks knowledge or information concerning the terms of contracts between other jurisdictions and the defendant camera companies, and therefore denies all such allegations in paragraph 3.20.

3.21   Seattle denies this allegation as to Seattle.  Seattle lacks knowledge or information concerning the practices of other jurisdictions with respect to the use of automated traffic safety cameras, and therefore denies all such allegations in paragraph 3.21.

3.22   With respect to the allegations in the first two sentences of paragraph 3.22, Seattle denies these allegations as to Seattle.  Seattle lacks knowledge or information concerning the practices of other jurisdictions with respect to the use of automated traffic safety cameras, and therefore denies all such allegations in paragraph 3.22.  With respect to the allegations in the final sentence of paragraph 3.22, Seattle alleges that the provisions of the Seattle Municipal Code and of the laws of the State of Washington concerning penalties for traffic infractions detected through the use of automated traffic safety cameras speak for themselves.

3.23   Seattle admits that it has issued citations for traffic infractions detected through the use of automated traffic safety cameras at the intersection identified in paragraph 3.23. Seattle denies the remaining allegations in paragraph 3.23.

3.24   Seattle lacks knowledge or information concerning the practices of other jurisdictions or vendors other than ATS with respect to the use of automated traffic safety

ANSWER OF DEFENDANT CITY OF SEATTLE TO FIRST AMENDED
CLASS ACTION COMPLAINT (C09-1232JCC) - 7

**Thomas A. Carr**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1  cameras, and therefore denies all such allegations in paragraph 3.24.  Seattle admits that certain information, including data and visual images, are received from the vendor, and that this information is made available to the person receiving the citation both through the notice of infraction and through the internet.

3.25  The allegations in paragraph 3.25 are vague and confusing.  Seattle denies the allegations in paragraph 3.25.

3.26  The allegations in paragraph 3.26 are not factual averments to which a response is required, but instead consist of legal conclusions and arguments.  To the extent a response is required, Seattle alleges that State law speaks for itself, and denies any characterization thereof by plaintiffs.

3.27  Seattle denies the allegations in paragraph 3.27.

3.28  The allegations in paragraph 3.28 are not factual averments to which a response is required, but instead consist of legal conclusions and arguments.  To the extent a response is required, Seattle alleges that the Washington Constitution and United States Constitution speak for themselves, and denies any characterization thereof by plaintiffs.

3.29  Seattle denies the allegations in paragraph 3.29.

4.1  Seattle denies that either King County Superior Court or this Court has subject matter jurisdiction over this lawsuit.

4.2  Seattle denies the allegations in paragraph 4.2.

4.3  Paragraph 4.3 does not set forth allegations requiring an answer from Seattle, and therefore does not require a response from Seattle.  To the extent a response is required, Seattle denies the allegations in paragraph 4.3.

ANSWER OF DEFENDANT CITY OF SEATTLE TO FIRST AMENDED
CLASS ACTION COMPLAINT (C09-1232JCC) - 8

**Thomas A. Carr**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

4.4   Seattle admits that the venue in which plaintiffs originally filed this action was a proper venue for some of the allegations in the Complaint. Seattle denies all remaining allegations in paragraph 4.4.

5.1   The allegations contained in paragraph 5.1 are not factual averments to which a response is required, but rather characterizations of plaintiffs' lawsuit. Seattle will address specific allegations where they are made. To the extent a response is required, Seattle denies all allegations in paragraph 5.1.

5.2   The allegations contained in paragraph 5.2 are not factual averments to which a response is required, but rather characterizations of plaintiffs' lawsuit. Seattle will address specific allegations where they are made. To the extent a response is required, Seattle denies all allegations in paragraph 5.2.

5.3   Seattle denies the allegations in paragraph 5.3.

5.4   Seattle denies the allegations in paragraph 5.4, and all of its subparagraphs.

5.5   Seattle denies the allegations in paragraph 5.5.

5.6   Seattle denies the allegations in paragraph 5.6.

5.7   Seattle denies the allegations in paragraph 5.7.

5.8   Seattle denies the allegations in paragraph 5.8.

5.9   Seattle denies the allegations in paragraph 5.9.

5.10   Seattle denies the allegations in paragraph 5.10.

5.11   Seattle denies the allegations in paragraph 5.11.

5.12   Seattle denies the allegations in paragraph 5.12.

6.1   Seattle incorporates by reference, as if fully restated, the admissions, denials and responses in paragraphs 1.1 through 5.12 above.

ANSWER OF DEFENDANT CITY OF SEATTLE TO FIRST AMENDED CLASS ACTION COMPLAINT (C09-1232JCC) - 9

**Thomas A. Carr**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

6.2   Seattle denies the allegations in paragraph 6.2.

6.3   Seattle denies the allegations in paragraph 6.3.

7.1   Seattle incorporates by reference, as if fully restated, the admissions, denials and responses in paragraphs 1.1 through 5.12 above.

7.2   Paragraph 7.2 sets forth allegations only against other defendants, and therefore does not require a response from Seattle. To the extent a response is required, Seattle denies the allegations in paragraph 7.2.

8.1   Seattle incorporates by reference, as if fully restated, the admissions, denials and responses in paragraphs 1.1 through 5.12 above.

8.2   Seattle denies the allegations in paragraph 8.2.

9.1   Seattle incorporates by reference, as if fully restated, the admissions, denials and responses in paragraphs 1.1 through 5.12 above.

9.2   Paragraph 9.2 sets forth allegations only against other defendants, and therefore does not require a response from Seattle. To the extent a response is required, Seattle denies the allegations in paragraph 9.2.

9.3   Paragraph 9.3 sets forth allegations only against other defendants, and therefore does not require a response from Seattle. To the extent a response is required, Seattle denies the allegations in paragraph 9.3.

9.4   Paragraph 9.4 sets forth allegations only against other defendants, and therefore does not require a response from Seattle. To the extent a response is required, Seattle denies the allegations in paragraph 9.4.

9.5   Paragraph 9.5 sets forth allegations only against other defendants, and therefore does not require a response from Seattle. To the extent a response is required, Seattle denies the

ANSWER OF DEFENDANT CITY OF SEATTLE TO FIRST AMENDED CLASS ACTION COMPLAINT (C09-1232JCC) - 10

**Thomas A. Carr**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

allegations in paragraph 9.5.

## AFFIRMATIVE DEFENSES

By way of affirmative defenses, Seattle alleges as follows:

1. Plaintiffs have failed to state a claim upon which relief can be granted.

2. Plaintiffs' claims are barred, in whole or in part, by the doctrines of payment, mootness, estoppel, waiver, and laches.

3. Plaintiffs' claims are barred by the doctrines of res judicata and collateral estoppel.

4. Plaintiffs have failed to present a claim for damages to the City of Seattle, as required by RCW 4.96.010.

5. Plaintiffs lack standing to assert some or all of their claims.

6. Plaintiffs have failed to comply with RCW 7.24.110.

7. Plaintiffs' claims are barred by the exclusive remedy set forth in IRLJ 6.7.

8. Plaintiffs' claims are barred by their failure to exhaust their remedies in the infraction proceedings.

9. Plaintiffs' claims have failed to join indispensible parties, namely the municipal courts that have exclusive original jurisdiction over these matters.

10. Plaintiffs' claims do not present common questions of law and fact as to all defendants to warrant class certification.

11. Seattle reserves the right to add additional affirmative defenses as this case proceeds.

## PRAYER FOR RELIEF

Wherefore, defendant City of Seattle prays for the following relief:

A. That all claims asserted against it be dismissed with prejudice;

B. That the Court deny plaintiffs' request for class certification;

ANSWER OF DEFENDANT CITY OF SEATTLE TO FIRST AMENDED
CLASS ACTION COMPLAINT (C09-1232JCC) - 11

**Thomas A. Carr**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

C. That plaintiffs be required to pay Seattle's attorney's fees and costs incurred herein; and

D. For such other relief as is just and equitable.

DATED this 8th day of September, 2009.

THOMAS A. CARR
Seattle City Attorney


s/Gregory C. Narver, WSBA #18127
s/Phillip E. Brenneman, WSBA # 9219
Assistant City Attorneys
Seattle City Attorney's Office
600 Fourth Avenue, Fourth Floor
P.O. Box 94769
Seattle, WA 98124-4769
Telephone: (206) 684-8200
Fax: (206) 684-8284
Gregory.Narver@seattle.gov
Phil.Brenneman@seattle.gov

Attorneys for Defendant City of Seattle

ANSWER OF DEFENDANT CITY OF SEATTLE TO FIRST AMENDED
CLASS ACTION COMPLAINT (C09-1232JCC) - 12

**Thomas A. Carr**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200