Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL TODD, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>CITY OF ABERDEEN, et al.,<br><br>                      Defendants. | Case No. CV09-1232 JCC<br><br>ORDER OF DISMISSAL AS TO DEFENDANTS CITY OF ABERDEEN AND CITY OF MOUNTLAKE TERRACE |

THIS MATTER coming before the Court based upon the stipulation of the Plaintiffs and Defendant City of Aberdeen and Defendant City of Mountlake Terrace for dismissal (Dkt. No. 62), and the Court being fully advised in the premises, it is hereby

ORDERED, that the Plaintiffs' First Amended Complaint as against the Defendant City of Aberdeen and Defendant City of Mountlake Terrace be hereby DISMISSED without prejudice, with all parties to bear their own costs and attorney's fees.

DATED this 13th day of October, 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 1
Case No. CV09-1232 JCC